IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 23-CR-059-GKF |
| PAUL ARDELL ROMANS, | |
| Defendant. | |

**Motion for Leave to Dismiss Without Prejudice**

Pursuant to Rule 48(a), Federal Rules of Criminal Procedure, the government hereby requests that this Court grant leave to dismiss, without prejudice, the Indictment against defendant Paul Ardell Romans, in the above-styled cause in the interests of justice.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

*/s/ Niko Boulieris*
Niko Boulieris, MN Bar No. 0397389
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74103
(918) 382-2700

## Certificate of Service

I hereby certify that on this 29th day of March 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the Following ECF registrant:

Alexis Gardner
*Counsel for Defendant*

                                        */s/ Niko Boulieris*
                                        Assistant United States Attorney